UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED
JUL 10 2019
David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NUMBER |
| § | C-19-948 |
| BRIANNA BRANCH § | |
| KEVIN KERR § | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Between on or about March 19, 2019 and on or about May 20, 2019, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

BRIANNA BRANCH and
KEVIN KERR,

knowingly and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did knowingly and intentionally conspire and agree, together with each other and with other persons known and unknown to the Grand Jury, to transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: *Jason Supplee for*
NEEL KAPUR
Assistant United States Attorney